24-cr-56
Judge Lefkow
Magistrate Judge Cole

**FILED**

JAN 31 2024 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL BUMPAS | Case No.<br><br>Violations: Title 18, United States Code, Section 922(g)(1); Title 18, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 924(c)(1)(A) |



### COUNT ONE

The SPECIAL OCTOBER 2022 GRAND JURY charges:

On or about June 18, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

DANIEL BUMPAS,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Glock, model 45, 9mm semi-automatic pistol, bearing serial number BYHV909, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about June 18, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

DANIEL BUMPAS,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about June 18, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

DANIEL BUMPAS,

defendant herein, knowingly and intentionally possessed a firearm, namely, a Glock, model 45, 9mm semi-automatic pistol, bearing serial number BYHV909, in furtherance of a drug trafficking crime for which defendant may be prosecuted in a court of the United States, namely, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Two of this Indictment;

In violation of Title 18, United States Code, Section 924(c).

## FORFEITURE ALLEGATION

The SPECIAL OCTOBER 2022 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 21, United States Code, Section 841, as set forth in this indictment, defendant shall forfeit to the United States of America any property used, and intended to be used, in any manner and part, to commit and to facilitate commission of the offense, as provided in Title 21, United States Code, Sections 853(a)(2).

3. The property to be forfeited includes, but is not limited to, a Glock, model 45, 9mm semi-automatic pistol, bearing serial number BYHV909, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
ACTING UNITED STATES ATTORNEY

4